■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN THOMAS, Appellant. [604 NYS2d 700] —Judgments, Supreme Court, New York County, rendered July 15, 1991 (Donald Mark, J.) and October 17, 1991 (Brenda Soloff, J.), convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and fifth degrees and, after a guilty plea, of criminal possession of a controlled substance in the third degree, and sentencing him to concur-

rent terms of 5½ to 11, 3½ to 7, and 4½ to 9 years, respectively, unanimously affirmed.

On this record, there is no basis to disturb the suppression court's findings on credibility *(see, People v Garafolo,* 44 AD2d 86, 88). Defendant's claim that the court failed to give, *sua sponte,* a cautionary instruction with respect to the statement he made to the arresting officer is not preserved and we decline to review it in the interest of justice *(see, People v Shuff,* 168 AD2d 348, *lv denied* 77 NY2d 967). Concur—Rosenberger, J. P., Ellerin, Ross and Asch, JJ.